# UNITED STATES BANKRUPTCY COURT

## Central District of California

| Debtor(s) Name:<br><br>**CNI CATERERS INC** | For Court Use Only | **FILED**<br><br>**DEC 31 2003**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA**<br>**BY**   *SES*   **DEPUTY CLERK** |
|---|---|---|
| **Chapter:** 7<br>**Case Number:** LA99-13508-EC | **ORDER CLOSING CASE** | |

Pursuant to the Trustee's Report of Distributions and Dividend Payments and the Statement of Zero Balance, it is ordered that the above case is closed. No objections having been made by the United States Trustee, the Trustee is discharged and the bond is exonerated.

*By Order of the United States Bankruptcy Court*

**Date:** *12/31/2003*

**Jon D. Ceretto**
*Clerk of Court*

*281 /SES*